IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:26-CR-105 |
| | § | JUDGES ________________ |
| JUSTIN LEE CASH | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT ONE**

Violation: 18 U.S.C. § 875(c)
(Interstate Communications -
Threats)

On or about March 26, 2026, within the Eastern District of Texas, defendant **Justin Lee Cash**, knowingly and with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted in interstate and foreign commerce, a communication containing a threat to injure the person of another. Specifically, during a recorded phone call, the defendant threatened Victim 1 with the following:

> "…and [Victim 1]. I got something for all them motherfuckers when I get out of here, bro."

> "[Victim 1], remember that now… That's the guy who's trying to fucking, trying to fuck me… I'll kill his ass… Get his home address and fucking if he's got any family members, I need to know that shit."

> "That's what I'm going to do to him when I get out of here. I'll putt him. I'm gonna fucking go to his house and I'm gonna fucking creep on him then I'm gonna fucking cook his wife lunch and dinner and breakfast. I fucking mean

it, bro… See if you can find his fucking home address and if he's got a wife or kids or anything. I need you to fucking look into it for me, ok?"

"Because you do know that until they find a body it's still just a missing persons report."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

NAB

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

Lucas Machicek

LUCAS MACHICEK
Assistant United States Attorney

9/17/2026

Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:26-CR- |
| | § | |
| JUSTIN LEE CASH | § | |

**NOTICE OF PENALTY**

**COUNT ONE**

| | |
|---|---|
| Violation: | 18 U.S.C. § 875(c) (Interstate Communications -Threats) |
| Penalty: | Imprisonment of not more than five years; a fine not to exceed $250,000, or both such imprisonment and fine; and a term of supervised release of not more than three years. |
| Special Assessment: | $100.00 each count. |