IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:26-CR-105 |
| v. | § | JUDGES ________________ |
| | § | |
| JUSTIN LEE CASH | § | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

The petitioner, United States of America, respectfully shows:

The defendant, **Justin Lee Cash**, was charged by an indictment on September 17, 2026, with violation of 18 U.S.C. § 875(c) (Interstate Communications -Threats).

The government respectfully requests The Court order the defendant to be in the United States District Court at Tyler, Texas, *Instanter*, for an initial appearance before United States Magistrate Judge K. Nicole Mitchell.

Therefore, petitioner requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal for the Eastern District of Texas, and the Warden of the Texas Department of Criminal Justice – Gurney Unit in Palestine, Texas, to produce the body of said **Justin Lee Cash**, before this Honorable Court at Tyler, Texas, *Instanter*, for the stated purpose as duly ordered by this Court.

Respectfully Submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Lucas Machicek*
LUCAS MACHICEK
Assistant United States Attorney
Texas Bar No. 24064230
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903)-590-1436
Email: Lucas.Machicek@usdoj.gov