IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:26-CR-105 |
| v. | § | JUDGES ______________ |
| | § | |
| JUSTIN LEE CASH | § | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

On this date came on for consideration the Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal for the Eastern District of Texas and the Warden of the Texas Department of Criminal Justice – Gurney Unit in Palestine, Texas, shall produce and have the body of, said **Justin Lee Cash**, who is detained in the custody of the Warden of the Texas Department of Criminal Justice – Gurney Unit in Palestine, Texas, before the United States District Court for the Eastern District of Texas, in Tyler, Texas, *Instanter*, the said defendant to appear for an initial appearance and for all further proceedings upon an indictment pending in the above-styled case.

So ORDERED and SIGNED this 22nd day of September, 2026.

K. Nicole Mitchell

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE